IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSHUA R. CORNELIUS and<br>AMY L. CORNELIUS,<br><br>Debtors | Bankruptcy No. 18-22200-GLT<br><br>Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
## MERCER COUNTY STATE BANK

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Mercer County State Bank, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esquire
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Tel: (412) 456-8112
Fax: (412) 456-8135

*Attorney for Creditor,*
*Mercer County State Bank*

Dated: August 3, 2018