## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOSHUA R & AMY L CORNELIUS
**Case Number:** 18-22200-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 13, 2018 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#19 - Final Confirmation of Plan Dated 7/7/2018 (NFC)
R / M #: 19 / 0

### *Appearances:*

Debtor: Willis
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor: Kavlchik ; Pa Rev.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  2/7/19  at  11:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for tax returns

12/6/2018   8:36:41AM