FILED
3/14/19 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUTPCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-22200-GLT |
| | Chapter 13 |
| JOSHUA R. CORNELIUS and | |
| AMY L. CORNELIUS, | |
| | Related to Dkt. No. 19 |
| *Debtors.* | |

### ORDER

This matter came before the Court upon consideration of confirmation of Debtor's *Chapter 13 Plan Dated July 7, 2018* [Dkt. No. 19] ("Plan"). After a hearing on March 13, 2019, and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **April 10, 2019**, Debtors shall submit proof that the Internal Revenue Service has received any outstanding federal tax returns (including their 2017 federal income tax return) and shall provide a copy of the return(s) to the chapter 13 trustee.

2. On or before **April 10, 2019**, Debtors shall submit proof that the Pennsylvania Department of Revenue has received (a) their form 1706, or (b) any required tax withholdings and returns from the first quarter of 2016 through the third quarter of 2018, and shall provide a copy of any such form or returns to the chapter 13 trustee.

3. On or before **April 24, 2019**, Debtors shall file any amended chapter 13 plan as may be necessary.

4. Consideration of confirmation of Debtors' *Plan* at Dkt. No. 19 is continued to a conciliation on **May 2, 2019** at **10:30 a.m.** in Room 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

5. If the Debtors do not timely comply with the items in ¶¶1–3, the Court may dismiss the case without prejudice and without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee, the Internal Revenue Service, the Pennsylvania Department of Revenue, or any party-in-interest.

Dated: March 14, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Lawrence Willis, Esq.
Ronda J. Winnecour, Esq.
U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joshua R Cornelius
Amy L Cornelius
    Debtors

Case No. 18-22200-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 14, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Joshua R Cornelius,   Amy L Cornelius,   147 Woods Rd,   Parker, PA 16049-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
           Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue   Office of Attorney General
            akovalchick@attorneygeneral.gov
           James Warmbrodt   on behalf of Creditor   Pennsylvania Housing Finance Agency
            bkgroup@kmllawgroup.com
           Keri P. Ebeck   on behalf of Creditor   Mercer County State Bank kebeck@bernsteinlaw.com,
            DMcKay@bernsteinlaw.com
           Lawrence W. Willis   on behalf of Joint Debtor Amy L Cornelius ecf@westernpabankruptcy.com,
            urfreshstrt@gmail.com
           Lawrence W. Willis   on behalf of Debtor Joshua R Cornelius ecf@westernpabankruptcy.com,
            urfreshstrt@gmail.com
           Leon P. Haller   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
            dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 8