IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-22200-GLT |
| JOSHUA R CORNELIUS and<br>AMY L CORNELIUS, | Chapter 13 |
| Debtors. | Doc. No. 48 |
| MERCER COUNTY STATE BANK | |
| Movant, | Hearing Date: May 8th, 2019<br>Time: 10:00 am<br>Location: Pittsburgh |
| v. | Responses due: April 29th, 2019 |
| JOSHUA R CORNELIUS and<br>AMY L CORNELIUS,<br>RONDA J. WINNECOUR, Trustee, | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
REGARDING MOTION OF MERCER COUNTY STATE BANK MOTION
FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **Monday April 29, 2019**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on **Wednesday May 8th, 2019** at **10:00 am**, before Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>April 11th, 2019</u>　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　　　　　By:<u>/s/ Keri P. Ebeck</u>
　　　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　(412) 456-8112
　　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 456-8135

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Mercer County State Bank