IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-22200-GLT |
| JOSHUA R CORNELIUS and<br>AMY L CORNELIUS, | Chapter 13 |
| Debtors. | Doc. No. 48 & 50 |
| MERCER COUNTY STATE BANK | |
| Movant, | Hearing Date: May 8th, 2019<br>Time: 10:00 am<br>Location: Pittsburgh |
| v. | Responses due: April 29th, 2019 |
| JOSHUA R CORNELIUS and<br>AMY L CORNELIUS,<br>RONDA J. WINNECOUR, Trustee, | |

## CERTIFICATE OF SERVICE

I, the under signed, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 11th day of April, 2019, I served a copy of the Notice of Hearing with Response Deadline, together with Motion for Relief from the Automatic Stay upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Joshua R Cornelius<br>Amy L Cornelius<br>147 Woods Rd<br>Parker, PA 16049 | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 |

| | |
|---|---|
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

Counsel for Mercer County State Bank