# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |
|---|---|
| **Debtor:** | JOSHUA R & AMY L CORNELIUS |
| **Case Number:** | 18-22200-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019 10:30 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**_Matter:_**

#19 - Continued Confirmation of Plan Dated 7/7/2018 (NFC)
(As Necessary, Amended Plan due 4/24/2019)
R / M #:  19 / 0

**_Appearances:_**

Debtor: *Willis*

Trustee: Winnecour / Pail / (Katz) / DeSimone

Creditor: *Korul chick for Pa Dept of Revenue*

*Arrears $8421 thru 4/19*

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

*Debtor requests dismissal w/o prejudice. Trustee has no objection. Pa Dept of Revenue also doesn't object*

RECEIVED
2019 MAY -2  P 2: 53
U.S. BANKRUPTCY COURT
CLERK'S OFFICE

4/25/2019   3:29:49PM