## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  : Case No.:    18-22200-GLT
                                                                        : Chapter:     13
Joshua R Cornelius                                                      :
Amy L Cornelius                                                         :
                                                                        : Date:        5/8/2019
           *Debtor(s).*                                                 : Time:        10:00

**FILED**

**MAY 0 9 2019**

**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

## PROCEEDING MEMO

**MATTER:**   #48 - Motion for Relief from Automatic Stay by Mercer County State Bank
              #52 - Response by Debtors

**APPEARANCES:**
         Debtor:   Lawrence W. Willis
         Trustee:  Jana Pail
         MCSB:     Sarah Wenrich

**NOTES:**

Wenrich: The debtors are not current on plan payments. They are over $8,000 in default. There has not been a full plan payment made since November 2018. They have also requested that the case be dismissed which would render our motion moot.

Willis: That is correct. I do not believe this case is feasible given the arrears. I do not believe anyone has any objection.

Pail: The case is about 12 months old. The debtors have missed 5 of the 12 payments. The trustee recommends dismissal.

**OUTCOME:**

1. The case is dismissed upon Debtor's request (CT to Prepare).

2. The Motion for Relief [Dkt. No. 48] is denied as moot (Text order to issue).

**DATED:** 5/8/2019