Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joshua R Cornelius** | : | Case No. 18−22200−GLT |
| **Amy L Cornelius** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per the May 8, 2019 Proc. |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 9th of May, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 18-22200-GLT
Joshua R Cornelius                                                  Chapter 13
Amy L Cornelius
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: ctak                 Page 1 of 3                  Date Rcvd: May 09, 2019
                              Form ID: 309               Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db/jdb         +Joshua R Cornelius,    Amy L Cornelius,    147 Woods Rd,    Parker, PA 16049-1811
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
14856281       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Ford Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14856276       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14877710       +Mercer County State Bank,    712 W Main St,    Grove City, PA 16127-1112
14856292       +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,    Harrisburg, PA 17108-0788
14856295       +Stpc/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14887652        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14886601        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14856302       +Wf/nation,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM May 10 2019 06:18:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14856272       +EDI: GMACFS.COM May 10 2019 06:18:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14856273        EDI: BANKAMER.COM May 10 2019 06:18:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14856274       +EDI: CAPITALONE.COM May 10 2019 06:18:00      Cap1/bontn,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14856275       +EDI: CAPITALONE.COM May 10 2019 06:18:00      Cap1/polrs,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14856277       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 10 2019 02:31:53
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14856278       +EDI: RCSDELL.COM May 10 2019 06:18:00      Dfs/webbank,    Po Box 81607,    Austin, TX 78708-1607
14856279       +EDI: DISCOVER.COM May 10 2019 06:18:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14856280        E-mail/Text: bankruptcy@huntington.com May 10 2019 02:31:23      First Merit Bank,
                 106 S. Main St.,    Akron, OH 44308
14856282       +E-mail/Text: bankruptcy@huntington.com May 10 2019 02:31:23      Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
14877706       +E-mail/Text: bankruptcy@huntington.com May 10 2019 02:31:23      Huntington National Bank,
                 7 Easton Oval,    Columbus, OH 43219-6060
14856286        EDI: IRS.COM May 10 2019 06:18:00      INTERNAL REVENUE SERVICE,    PO BOX 145595,
                 Cincinnati, OH 45250
14893081       +E-mail/Text: kburkley@bernsteinlaw.com May 10 2019 02:32:11      Mercer County State Bank,
                 c/o Bernstein-Burkley, PC,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14901214        EDI: NAVIENTFKASMSERV.COM May 10 2019 06:18:00      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14856289       +EDI: NAVIENTFKASMSERV.COM May 10 2019 06:18:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14856288       +EDI: NAVIENTFKASMSERV.COM May 10 2019 06:18:00      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
14889863        EDI: AGFINANCE.COM May 10 2019 06:18:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14856290       +EDI: AGFINANCE.COM May 10 2019 06:18:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14856291       +EDI: AGFINANCE.COM May 10 2019 06:18:00      Onemain Financial,    Po Box 499,
                 Hanover, MD 21076-0499
14877716        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:31:17      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14996096        EDI: PRA.COM May 10 2019 06:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
14894969        EDI: PRA.COM May 10 2019 06:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14858439       +EDI: PRA.COM May 10 2019 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14856293       +E-mail/Text: blegal@phfa.org May 10 2019 02:31:30      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14877717       +E-mail/Text: blegal@phfa.org May 10 2019 02:31:31      Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
14877912        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:31:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14894847       +E-mail/Text: blegal@phfa.org May 10 2019 02:31:31      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14856294        EDI: WFFC.COM May 10 2019 06:18:00      Prfrd Cus Ac,    Cscl Dispute Team N8235-04m,
                 Des Moines, IA 50306
14856296       +EDI: RMSC.COM May 10 2019 06:18:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14856297       +EDI: RMSC.COM May 10 2019 06:18:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0315-2                User: ctak                 Page 2 of 3                  Date Rcvd: May 09, 2019
                                    Form ID: 309               Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14856298       +EDI: RMSC.COM May 10 2019 06:18:00      Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
14856299       +EDI: RMSC.COM May 10 2019 06:18:00      Syncb/score Rewards,    P.o. Box 965005,
                 Orlando, FL 32896-5005
14894169       +EDI: RMSC.COM May 10 2019 06:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14856300       +EDI: CITICORP.COM May 10 2019 06:18:00       Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14859207       +E-mail/Text: bankruptcy@huntington.com May 10 2019 02:31:24       The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
14856301       +E-mail/Text: bankruptcy@huntington.com May 10 2019 02:31:24       The Huntington Natl Ba,
                 Po Box 1558,    Columbus, OH 43216-1558
14893105        EDI: AIS.COM May 10 2019 06:18:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
14871575        EDI: WFFC.COM May 10 2019 06:18:00      Wells Fargo Bank, N.A.,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA     50306-0438
14877726        E-mail/Text: bankruptcy@firstenergycorp.com May 10 2019 02:31:34       West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14902066       +E-mail/Text: bankruptcy@firstenergycorp.com May 10 2019 02:31:34       West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
                                                                                                TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Mercer County State Bank
cr              Pennsylvania Housing Finance Agency
14856287        Mercer County State Ba
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14877695*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14877696*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,      Po Box 982238,    El Paso, TX 79998)
14877704*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Ford Cbna,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
14877697*      +Cap1/bontn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14877698*      +Cap1/polrs,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14877699*      +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14877700*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14877701*      +Dfs/webbank,    Po Box 81607,    Austin, TX 78708-1607
14877702*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14877703*     ++FIRSTMERIT BANK NA,    3 CASCADE PLAZA CAS36,    3RD FLOOR,    AKRON OH 44308-1124
               (address filed with court: First Merit Bank,      106 S. Main St.,    Akron, OH 44308)
14877705*      +Huntington National Ba,    7 Easton Oval,    Columbus, OH 43219-6060
14856283*      +Internal Revenue Service,    Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
14877707*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14856285*      +Internal Revenue Service,    William S. Moorehead Federal Building,     1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14877709*      +Internal Revenue Service,    1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
14856284*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
14877708*       Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14877712*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
14877711*      +Navient,    Po Box 9655,    Wilkes Barre, PA 18773-9655
14877713*      +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14877714*      +Onemain Financial,    Po Box 499,    Hanover, MD 21076-0499
14877715*      +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,    Harrisburg, PA 17108-0788
14877718*       Prfrd Cus Ac,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14877719*      +Stpc/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14877720*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
14877721*      +Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
14877722*      +Syncb/oldnavydc,    Po Box 965005,    Orlando, FL 32896-5005
14877723*      +Syncb/score Rewards,    P.o. Box 965005,    Orlando, FL 32896-5005
14877724*      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14877725*      +The Huntington Natl Ba,    Po Box 1558,    Columbus, OH 43216-1558
14877727*      +Wf/nation,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                         TOTALS: 3, * 32, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: ctak              Page 3 of 3              Date Rcvd: May 09, 2019
                               Form ID: 309            Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James   Warmbrodt     on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Mercer County State Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Joint Debtor Amy L Cornelius ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor Joshua R Cornelius ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```