**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOSHUA R CORNELIUS
AMY L CORNELIUS
    Debtor(s)

Case No.:18-22200 GLT

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2018 and confirmed on 08/16/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,668.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,668.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,723.46 | |
|   Trustee Fee | 508.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,231.92 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MERCER COUNTY STATE BANK<br>Acct: 8091 | 0.00 | 3,366.02 | 0.00 | 3,366.02 |
| PHFA(*)<br>Acct: 2195 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 6735 | 856.88 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7110 | 8,971.53 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 7110 | 21,570.48 | 0.00 | 0.00 | 0.00 |
| MERCER COUNTY STATE BANK<br>Acct: 8091 | 432.10 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 0519 | 22,056.34 | 2,003.55 | 968.30 | 2,971.85 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 8089 | 7,958.85 | 776.19 | 322.02 | 1,098.21 |
| | | | | 7,436.08 |

Priority

| 18-22200 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA R CORNELIUS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 7110 | 33,674.60 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7110 | 3,854.93 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: | 3,100.00 | 2,723.46 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLY FINANCIAL(*)<br>Acct: 9631 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** (LMP)<br>Acct: 3054 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: 1648 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: 5622 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 3031 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 0161 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES<br>Acct: 1103 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 6074 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST MERIT BANK<br>Acct: 5801 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 6371 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 5439 | 6,396.28 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 0104 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT PC TRUST<br>Acct: 5457 | 2,230.61 | 0.00 | 0.00 | 0.00 |
| NAVIENT PC TRUST<br>Acct: 5457 | 1,080.51 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 0120 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 7791 | 7,482.06 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*)<br>Acct: 0374 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7110 | 77.28 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2808 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY T KOVALCHICK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED CUSTOMER ACCOUNT++<br>Acct: 5438 | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-22200 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    STPC/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8405 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,157.79 | 0.00 | 0.00 | 0.00 |
|      Acct: 4000 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5247 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2808 | | | | |
|    SYNCHRONY BANK | 126.50 | 0.00 | 0.00 | 0.00 |
|      Acct: 2620 | | | | |
|    THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5827 | | | | |
|    HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5439 | | | | |
|    WEST PENN POWER* | 759.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4340 | | | | |
|    WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0271 | | | | |
|    WELLS FARGO BANK NA | 38.42 | 0.00 | 0.00 | 0.00 |
|      Acct: 6735 | | | | |
|    INTERNAL REVENUE SERVICE* | 2,560.31 | 0.00 | 0.00 | 0.00 |
|      Acct: 7110 | | | | |
|    UPMC PHYSICIAN SERVICES | 940.28 | 0.00 | 0.00 | 0.00 |
|      Acct: 5457 | | | | |
|    UPMC HEALTH SERVICES | 1,486.96 | 0.00 | 0.00 | 0.00 |
|      Acct: 5457 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 318.79 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 7,436.08 |

TOTAL CLAIMED
PRIORITY            37,529.53
SECURED           61,846.18
UNSECURED      24.654.79

Date: 06/10/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com